IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY YOPP, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:12-1050 |
| ) | Judge Trauger |
| TENNESSEE CLINICAL SCHOOL, LLC, d/b/a ) | |
| Hermitage Hall, and UHS OF DELAWARE, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby **ORDERED** that the initial case management conference scheduled for December 14, 2012 at 1:00 p.m. is **RESET** for the same day at 2:00 p.m.

It is so **ORDERED.**

ENTERED this 6th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge