Motion GRANTED. ICMC reset for 1/18/13 at 1:30 p.m.

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **GREGORY YOPP,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. : 3:12-cv-1050 |
| **TENNESSEE CLINICAL SCHOOL, LLC d/b/a HERMITAGE HALL and UHS OF DELAWARE, INC.,** | ) JURY DEMANDED |
| Defendants. | ) |

### JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

The parties, by and through their undersigned counsel, jointly request that the Court continue the case management conference, originally set for Friday, December 14, 2012. In support of this Motion, Counsel for Defendant states she is scheduled to be traveling out of state (to Wisconsin) from December 12, 2012 though December 16, 2012.[1]

The parties request that the conference be reset on January 18, 2012, at anytime between 9:00 a.m. and 2:00 p.m. Counsel for Defendant conferred with the courtroom deputy and learned this date is potentially convenient for the Court. This date is likewise mutually convenient and acceptable to the parties.

Thus, the parties jointly request the initial case management conference be continued.

**Approved for Entry and Submitted this 6th day of December, 2012:**

_s/ Nina Parsley by express permission MDS_
Nina Parsley
Attorney for Plaintiff
Michael D. Ponce & Associates
1000 Jackson Road, Suite 225
Goodlettsville, TN 37072

---

[1] Alternatively, if the Court is adverse to continuing the case management conference, Counsel for Defendant requests permission to appear via telephone.

2118295.1